# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO.: 3:16-CR-00316 |
| v. ) | (FINANCIAL LITIGATION UNIT) |
| ) | |
| MICHAEL BOUGHNER et al. ) | |

## ORDER GRANTING THE UNITED STATES MOTION TO AMEND/CORRECT ITS REQUEST FOR RESTITUTION

A Motion by the United States having been duly brought before this Court for an order amending its Request for Restitution (Doc. 164) to reflect an amended restitution amount of $53,869.54 for the benefit of the victims, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: June 1, 2018

_____
David S. Cayer
United States Magistrate Judge

1