IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00316-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MICHAEL BOUGHNER, ET AL. | ) |
| | ) |

**THIS MATTER** is before the Court on the government's amended Motion for Final Determination of Restitution, (Doc. No. 164: Motion; Doc. No. 165: Motion to Amend; Doc. No. 166: Order).

At the sentencing of each defendant in this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (See, e.g. Doc. No. 131: Judgment at 5). The government has now proposed a list of victims and losses, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 165: Motion to Amend at Exhibit A).

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgments in this case, (Doc. Nos. 131, 133, 135, 137, 139, 147), shall be amended to include a final restitution figure of $53,869.54 in the amounts listed in Exhibit A to the amended motion, (Doc. No. 165-1). All other terms of the original Judgments remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge