

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

March 8, 2019

RECEIVED
CHARLOTTE, NC

MAR 27 2019

Clerk, US District Court
Western District of NC

Honorable Robert J. Conrad Jr.,
United States District Court Judge
Western District of North Carolina
Federal Building and United States Courthouse
401 West Trade Street
Charlotte, NC 28202

RE: BOUGHNER, Michael
     Reg. No.: 33357-058
     Docket No.: 3:16CR00316-001

Dear Judge Conrad Jr.:

This letter is to advise you Mr. Michael Boughner, who was sentenced in your court on January 12, 2017, died at approximately 8:45 p.m. on Saturday, March 2, 2019. The cause of death was determined to be Brain Cancer.

Mr. Boughner was serving a 41-month sentence for Conspiracy to Defraud the United States of America. He had a projected release date of September 4, 2020, via Good Conduct Time Release.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

E. A. Earwin
Acting Warden

Page Two
BOUGHNER, Michael
Reg. No.: 33357-058

cc:

R. Andrew Murray, USA
Western District of North Carolina
227 West Trade St., Suite 1650
Charlotte, NC 28202

Lisa Morris, Chief
United States Probation
Western District of North Carolina
200 South College Street, Suite 1650
Charlotte, NC 28202

D. J. Harmon
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701